# Exhibit B Separator



