# Exhibit D Separator

**COPY**

## SUMMONS
Rule 4 1970 Ohio Rules of Civil Procedure
Court of Common Pleas, Medina County, 93 Public Square, Medina, OH 44256

**Case #: 20CIV0487**

To the following:

**BRUNSWICK HILLS TOWNSHIP OHIO
1918 PEARL ROAD
BRUNSWICK, OH 44212**

You have been named as defendant in a complaint filed in the Medina County Court of Common Pleas by the following plaintiff: BRUNSWICK HILLS GOLF CLUB INC

A COPY OF THE COMPLAINT IS ATTACHED HERETO

You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff if he has no attorney of record, a copy of your answer to this complaint within **twenty-eight (28) days** after the service of this summons upon you, excluding the date of service. Your answer must be filed with the court within **three (3) days** after the service of a copy of the answer on the plaintiff's attorney, or upon the plaintiff if there is no attorney of record.

The name and address of the plaintiff's attorney is as follows:

**ANTHONY R VACANTI
TUCKER ELLIS LLP
950 MAIN AVE STE 1100
CLEVELAND, OH 44113**

Failure to appear and present a defense to this complaint will result in a judgment by default being rendered against you for the relief demanded in the complaint.



7/7/2020

**DAVID B. WADSWORTH**
Clerk of Courts

By: **AP**, Deputy Clerk

COPY

COMMON PLEAS COURT

## Medina County Court of Common Pleas

2020 JUL -6 PM 4:09

### CASE DESIGNATION FORM

FILED
DAVID B. WADSWORTH
MEDINA COUNTY
CLERK OF COURTS

Brunswick Hills Golf Club, Inc., et al.

*Plaintiff*

vs.

Brunswick Hills Township, Ohio

*Defendant*

Case No. **20CIV0487**

Judge: JOYCE V. KIMBLER, JUDGE

| | |
|---|---|
| Has this case been previously filed & dismissed? | Yes ☐  No ☒ |
| Case #: _____ Judge: _____ | |
| Is this case related to any cases now pending or previously filed? | Yes ☐  No ☒ |
| Case #: _____ Judge: _____ | |
| Is the Plaintiff a debtor in bankruptcy?  Yes ☐  No ☒ | |
| Case #: _____ Court: _____ | |

**CIVIL CLASSIFICATIONS:** *Place an (X) in ONE Classification Only.*

_____ **A - Professional Torts**

_____ **B - Product Liability:**

_____ **C - Other Torts, including Personal Injury**

_____ **D - Workers Compensation**

_____ **E - Foreclosures**

_____ **F - Administrative Appeals**

_____ **G - Complex Litigation**

__X__ **H - Other Civil**

*I certify that the within case is not related to any now pending or previously filed, except as noted above.*

Anthony R. Vacanti (Tucker Ellis LLP)   950 Main Avenue, Suite 1100, Cleveland, OH 44113

*Attorney of Record (Print or type)*   *Address*

(216) 696-2093

*Telephone*   *Signature*