**United States District Court**
**Northern District of Ohio**
Office of the Clerk
2-161 Carl B. Stokes United States Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113-1830

Sandy Opacich
Clerk of Court

(216) 357-7000

8/19/2020

Medina County Court of Common Pleas
93 Public Square, Medina, OH 44256

Re: Original State Court Record, Case Number 20CIV487 USDC Northern
District of Ohio Case Number 1:20CV1725
Brunswick Hills Golf Club, Inc.,et al. v. Brunswick Hills Township, Ohio

Dear Clerk,

A Notice of Removal was filed in our court on the above-referenced case. On 8/18/2020, we received and e-filed the original state court documents from your court. These documents are now part of our electronic case file, therefore, the original documents are being returned. Please acknowledge receipt of the documents by returning a time-stamped copy of this letter in the enclosed envelope. Thank you.

Sincerely,

Sandy Opacich, Clerk

By: s/ &lt;mal&gt;
    Deputy Clerk

568 John F Seiberling
Federal Building & U.S. Courthouse
2 South Main Street
Akron, OH 44308-1876
(330) 252-6000

114 James M. Ashley & Thomas W.L. Ashley
U.S. Courthouse
1716 Speilbusch Avenue
Toledo, OH 43604
(419) 213-5500

337 Thomas D. Lambros
Federal Building and US Courthouse
125 Market Street
Youngstown, OH 44503-1787
(330) 884-7400