IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRUNSWICK HILLS GOLF CLUB, *et al.*,   ) | CASE NO. 1:20-cv-01725 |
| ) | |
| Plaintiffs/Relators,   ) | JUDGE JAMES S. GWIN |
| ) | |
| v.   ) | |
| ) | |
| BRUNSWICK HILLS TOWNSHIP, OHIO,   ) | |
| ) | |
| Defendant/Respondent.   ) | |

## SECOND STATUS REPORT CONCERNING BRUNSWICK HILLS TOWNSHIP, OHIO BOARD OF ZONING APPEALS HEARING

Plaintiffs submit this Second Status Report in accordance with the Court's request made during the September 23, 2020 status conference in this matter.  As discussed during the status conference, there was currently pending a related board of zoning appeals variance hearing with the Brunswick Hills Township Board of Zoning Appeals ("BZA").  If the variances requested are granted, it would render this action moot.  If the variances requested are not granted, then Plaintiff indicated it may amend its Complaint to add claims and/or additional parties and/or file a separate action.  As indicated in the Joint Status Report, the BZA hearing was rescheduled for November 4, 2020.

The BZA held the hearing on the variances on November 4, 2020 in accordance with Article X of the Brunswick Hills Township Zoning Resolution.  The BZA voted to deny the variances.  As of today, the BZA has yet to issue a written decision and/or approve the minutes, which will make the decision final and appealable to the Medina County Court of Common Pleas.  Once the BZA issues a written decision and/or approve the minutes, Plaintiffs will appeal such decision to the Medina County Court of Common Pleas pursuant to Ohio Revised Code

4923053.1

Chapters 2505 and 2506. Additionally, Plaintiffs may assert additional collateral claims in state court. Plaintiffs will further inform this Court when the appeal is taken and/or collateral claims asserted.

        Respectfully submitted,

        /s/ *Anthony R. Vacanti*
        John P. Slagter #0055513
        Anthony R. Vacanti #0080834
        Tucker Ellis LLP
        950 Main Avenue
        Suite 1100
        Cleveland, OH 44113
        Phone: 216-592-5000
        Fax: 216-592-5009
        Email: John.Slagter@tuckerellis.com
              Tony.Vacanti@tuckerellis.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically on November 16, 2020. Service of this filing will be made pursuant to Civ.R. 5(B)(2)(f) and Civ.R. 5(B)(3) by operation of the Court's electronic filing system.

        /s/ *Anthony R. Vacanti*
        Anthony R. Vacanti (0080834)
        *One of the Attorneys for Plaintiffs*

4923053.1