# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS – CIVIL

| | |
|---|---|
| BRUNSWICK HILLS GOLF CLUB, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRUNSWICK HILLS TOWNSHIP, OHIO, <br><br> Defendant. | Case No. 1:20-cv-01725 <br><br> DATE: November 30, 2020 <br><br> COURT REPORTER: n/a <br><br> JUDGE JAMES S. GWIN <br><br> MAGISTRATE JUDGE DAVID A. RUIZ |

Attorney for Plaintiffs:
John P. Slagter

Attorneys for Defendant:
Gregory A. Beck
Tonya J. Rogers

PROCEEDINGS: The Court held a mediation conference on November 30, 2020 by video conference with the above counsel; Plaintiffs' representatives Dino Palmieri & Keith Mitchell for Palmieri Builders, Inc. and David Terry for Terry Properties, LTD; and Defendant's representatives Brian Richter, County Prosecutor and Statutory Counsel, Mike Esper, Christina Kusnerak & John Withun, Trustees of Brunswick Hills Township, Ohio. The parties negotiated in good faith, but did not reach a settlement.

Total Time: 4 hours

s/ *David A. Ruiz*, November 30, 2020
David A. Ruiz
U.S. Magistrate Judge